ESTHER GOLDFARB, Respondent, v. BERNARD J. GOLDFARB, Appellant. (Appeal No. 2.)— Order granting plaintiff a counsel fee and disbursements in respect to certain appeals affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.